**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:06CR251-5**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOHN EDWARD PATTERSON** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's appeal from

the denial by the Magistrate Judge of his motion for reconsideration of

release pending sentencing.

**I.  PROCEDURAL HISTORY**

The Defendant was indicted on October 3, 2006, with conspiracy to

possess with intent to distribute 50 grams or more of cocaine base.  **Bill of**

**Indictment, filed October 3, 2006.**  On February 13, 2007, the Defendant

entered into a plea agreement with the Government pursuant to which he

pled guilty to the bill of indictment and agreed that he was responsible for

more than 150 grams but less than 500 grams of cocaine base.  **Plea**

**Agreement, filed February 13, 2007.** The Defendant, therefore, faces a

mandatory minimum sentence of 10 years and not more than life

imprisonment. **21 U.S.C. § 841(b)(1)(A)(iii).** On February 21, 2007, the

Defendant entered his plea of guilty at a Rule 11 hearing.

Citing the Defendant's significant past criminal history, including his

convictions for violent crimes, robbery and indecent liberties with a minor,

the Magistrate Judge ordered him detained pending trial. The Defendant

moved the Magistrate Judge to reconsider release pending sentencing. By

written order, the Magistrate Judge declined to order conditions of release.

**Order, filed February 21, 2007.**


## II. STANDARD OF REVIEW

The judicial officer *shall order* that a person who has been
found guilty of an offense [for which a maximum term of
imprisonment of ten years or more is prescribed in the
Controlled Substance Act] and is awaiting imposition or
execution of sentence be detained unless-
    (A)(i) the judicial officer finds there is a substantial
likelihood that a motion for acquittal or new trial will be granted;
or
        (ii) an attorney for the Government has
        recommended that no sentence of imprisonment be
        imposed on the person; and
        (B) the judicial officer finds by clear and convincing
evidence that the person is not likely to flee or pose a danger to
any other person or the community.

**18 U.S.C. § 3143(a)(2).**

### III.  DISCUSSION

The Defendant cannot meet the requirements of this statute.  Under the statutory language, the Defendant cannot show that there is a substantial likelihood that a motion for acquittal or new trial will be granted or that the Government has recommended that no sentence of imprisonment be imposed.  This Court is, therefore, required to order detention pending sentence, as the language of the statute is mandatory.

### IV.  ORDER

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal is **DENIED**, and the Magistrate Judge's Order of Detention is hereby **AFFIRMED**.

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge